IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-386C |
| | ) | (Judge Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 49-day enlargement of time, to and including August 28, 2006, within which to file its response to the complaint. Our response is currently due on June 10, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant left a telephone voice mail message for plaintiff's counsel, Mr. Marc Lamer, to ascertain if he concurs with our request for an enlargement of time. He responded that he does not object to our request. The enlargement is requested for the purpose of allowing the parties to conduct settlement negotiations. The additional time may provide the parties the opportunity to resolve this matter without the need of any final determination made by this Court.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

July 10, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas