# In the United States Court of Federal Claims

* * * * * * *

EA INDUSTRIES, INC., *

Plaintiff, * No. 06-386C

v. * Filed: August 29, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's request for an enlargement of time to October 20, 2006, to file its Answer is GRANTED. Plaintiff does not oppose.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge