IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EA INDUSTRIES, INC., Plaintiff, | ) | |
| v. | ) | No. 06-386C (Judge Hodges, Jr.) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, EA Industries, Inc. ("EAI"), and defendant, the United States, respectfully request that the Court stay proceedings in this case for a period of 98 days,[1] to and including January 26, 2007. This is the first request for a stay of this case.

On May 11, 2006, EAI filed a complaint alleging that it is entitled to an equitable adjustment in the amount of $80,811.72 and $129,823.75 as a result of two separate stop work orders issued by the Government. Our response is due October 20, 2006.

Based upon preliminary discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to give the parties an opportunity to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

---

[1] The 90 days is calculated from October 20, 2006, the date defendant's response to the complaint is due.

The parties propose that they submit a joint status report no later than January 19, 2007, informing the Court of their progress.

For the foregoing reasons, plaintiff and defendant respectfully request that the Court stay proceedings in this case for a period of 98 days, to and including January 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

Marc Lamer
MARC LAMER
Kostos & Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
Tel: (215) 545-0570
Fax: (215) 545-4617

Attorney for Plaintiff

/s/Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-4175
Fax: (202) 514-7956

Attorneys for Defendant

October 20, 2006

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, a copy of the foregoing “JOINT MOTION TO STAY PROCEEDINGS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/Elizabeth Thomas