# In the United States Court of Federal Claims

* * * * * * *

EA INDUSTRIES, INC., *

Plaintiff, * No. 06-386C

v. * Filed: October 23, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint request to stay proceedings pending settlement discussions is GRANTED. Counsel will notify the court on or before January 26, 2007, as to how they wish to proceed in this case.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge