IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EA INDUSTRIES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-386C (Judge Hodges, Jr.) |

JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, EA Industries, Inc. ("EAI"), and defendant, the United States, respectfully request that the Court continue to stay proceedings in this case for a period of 42 days,[1] to and including March 9, 2007. This is the second request for a stay of this case.

On May 11, 2006, EAI filed a complaint alleging that it is entitled to an equitable adjustment in the amount of $80,811.72 and $129,823.75 as a result of two separate stop work orders issued by the Government.

Based upon settlement discussions, the parties believe that this matter may be appropriate for settlement. Accordingly, staying this litigation to allow the parties to continue to explore the possibility of resolving this matter without further briefing and formal discovery will conserve the parties' and this Court's resources, and pursuant to Rule 1(a)(2) of the Rules of the United States Court of Federal Claims, promote the "just, speedy, and inexpensive determination" of this action.

[1] The 42 days is calculated from January 26, 2007, the date the parties status report is due.

The parties propose that they submit a joint status report no later than March 9, 2007, informing the Court of their progress.

For the foregoing reasons, the plaintiff and defendant respectfully request that the Court stay proceedings in this case for a period of 42 days, to and including March 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-4175
Fax: (202) 514-7956

Attorneys for Defendant

/S/Marc Lamer
MARC LAMER
Kostos & Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
Tel: (215) 545-0570
Fax: (215) 545-4617

Attorney for Plaintiff

January 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, a copy of the foregoing "JOINT MOTION TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas