# In the United States Court of Federal Claims

* * * * * * *

EA INDUSTRIES, INC., *

Plaintiff, * No. 06-386C

v. * Filed: January 29, 2007

THE UNITED STATES OF AMERICA *

Defendant. *

* * * * * * *

**ORDER**

The parties filed a joint motion to stay proceedings on January 25 "to continue to explore the possibility of resolving this matter without further briefing and formal discovery." This is the second such request in this case. The court consents to the parties' request so long as the dialogue remains productive. The joint motion is GRANTED. Counsel will file a status report no later than March 9 to update the court of their progress.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge