**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-386C |
| | ) | (Judge Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 14 days, to and including March 23, 2007, within which to file the parties' status report, currently due on March 9, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

This case was recently reassigned, due to the unexpected extended leave taken by the previous attorney of record. The current counsel for the defendant received his assignment to this case at approximately 5:30 p.m. on March 6, 2007, and he filed his appearance shortly thereafter. Counsel for the defendant also viewed the docket for this case on PACER and learned that a status report is due this Friday, March 9, 2007. Counsel for the defendant immediately attempted to locate the file for this case at the Department of Justice records center, but it became immediately apparent that he would need assistance from a records-center staff person to locate the file. Because he began his search after the office had closed for the day, there were no records-center staffers available to assist. At the time of writing, counsel for the defendant is not able to locate the file or otherwise assess the status of this case.

Counsel for the defendant also has other, previously scheduled obligations that will prevent him from finding that file and learning the status of this case in sufficient time to prepare a status report by March 9, 2007. First among those obligations is his previously scheduled travel to Redding, California to conduct discovery between March 7-9, 2007. The trip begins early tomorrow morning, before any records-center staffers typically arrive for work, and it ends after the close of business on Friday, March 9, 2007, which is when the status report is due.

Moreover, it is counsel for the defendant's experience that Redding, California and surrounding areas do not receive reliable cellular telephone service. Therefore, counsel for the defendant is not confident that he will be able to prepare a status report while he is traveling, nor will he be able to communicate with plaintiff's counsel so that the report can be filed on Friday, March 9, 2007.

The defendant apologizes for any inconvenience these circumstances and our request may cause the Court or the plaintiff. We anticipate that at least an additional 14 days will be required to prepare our status report.

For the foregoing reasons, we request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

March 6, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 6, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK