**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-386C |
| | ) | (Judge Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's January 29, 2007 Order in this case, on behalf of both parties, and with the concurrence of counsel for plaintiff, EA Industries, Inc., the United States respectfully submits the following status report.

The parties executed a settlement agreement resolving the claims at issue in this litigation on February 8, 2007. Under the terms of the settlement agreement, among other things, the defendant shall pay the plaintiff a certain amount of money. The defendant has completed the administrative procedures required to effect payment under the settlement agreement, and the parties anticipate that the plaintiff will receive the settlement sum on or about April 11, 2007.

Because all the terms of the settlement agreement are not yet fully executed, the parties request that the stay in this case remain in force until the parties submit a joint stipulation to dismiss, which we anticipate submitting shortly after April 11, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch

Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

March 23, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 23, 2007, a copy of the foregoing “DEFENDANT'S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK