**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EA INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-386C |
| | ) | (Judge Hodges, Jr.) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the rules of this Court it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice and without costs or fees to either party.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

Marc Lamer
MARC LAMER
Kostos & Lamer
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103-5407
Tel: (215) 545-0570
Fax: (215) 545-4617

Attorney for Plaintiff

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-0170
Fax: (202) 514-8624

Attorneys for Defendant

May 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak